UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TKAC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARTHUR ANDERSON, JR., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-1043-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. 5)<br><br>PLAINTIFF ORDERED TO FILE AMENDED COMPLAINT BY 8/18/2010 |

　　　Plaintiff Steven Tkac ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a Motion to Include Proof of Exhaustion of Remedies and to Amend Complaint [ECF No. 5] asking the Court for leave to file an amended complaint which includes information regarding his effort to exhaust his administrative remedies.

　　　For good cause shown, Plaintiff's Motion is GRANTED.  Plaintiff shall file an amended complaint not later than August 18, 2010.

IT IS SO ORDERED.

Dated:   July 13, 2010　　　　　　　　　　　　／s／ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE