# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TKAC,<br><br>            Plaintiff,<br><br>     v.<br><br>ARTHUR ANDERSON, JR., et al.,<br><br>            Defendants. | CASE NO.   1:10-cv-1043-MJS (PC)<br><br>ORDER DENYING MOTION TO INCLUDE ADDITIONAL DOCUMENTS AS EVIDENCE<br><br>(ECF No. 10) |

      Plaintiff Steven Tkac ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Include Additional Documents as Evidence to Amended Complaint. (ECF No. 10.)  Plaintiff asks the Court to accept the documents attached to the instant Motion as evidence in support of his recently filed Amended Complaint.

      Plaintiff is advised that the Court cannot serve as a repository for the parties' evidence.  At this stage in the litigation, the Court must presume that all plausible allegations contained in Plaintiff's Amended Complaint are true.  See Warshaw v. Xoma Corp., 74 F.3d 955, 597 (9th Cir. 1996).  Thus, no documentation is needed to support Plaintiff's allegations.  If Plaintiff desires to amend his complaint to include information contained in the materials attached to the instant motion, he is free to request leave to amend.  See Fed. R. Civ. Proc. 15(a)(2) (a party may amend a pleading once as a matter of right but thereafter "may amend its pleading only with . . . the court's leave.")

      As explained in the Court's First Informational Order, the parties may not file

1 evidence with the Court until the course of litigation brings the evidence into question (for
2 example, on a motion for summary judgment, at trial, or when requested by the Court).
3 (ECF No. 3.)  Plaintiff was previously informed that improperly submitted evidence would
4 be returned.  (Id.)

5      Accordingly, Plaintiff's Motion to Include Additional Documents as Evidence is
6 DENIED.  The Clerk of Court is directed to return the original motion and supporting
7 documents to Plaintiff if they have not already been discarded.

10 IT IS SO ORDERED.

11 Dated:     September 6, 2010                    /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE