1

2

3

4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6

7   STEVEN TKAC,                                    )   1:10-cv-01043-GSA-PC
                                                    )
8                        Plaintiff,                 )   ORDER RE MOTION TO PROCEED IN
         v.                                         )   FORMA PAUPERIS ON APPEAL
9                                                   )
    ARTHUR ANDERSON, et al.,                        )   (Doc. 19.)
10                                                  )
                         Defendant.                 )
11  _____)

12

13         Steven Tkac ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action

14  pursuant to 42 U.S.C. § 1983.

15         On December 14, 2011, this action was dismissed in its entirety based on Plaintiff's failure to

16  state a claim upon which relief may be granted under § 1983, with leave to file a petition for habeas

17  corpus. (Doc. 15.  On March 19, 2012, Plaintiff filed a motion for leave to proceed in forma

18  pauperis on appeal.  (Doc. 19.)

19         Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted

20  to proceed in forma pauperis in the district-court action may proceed in forma pauperis on appeal

21  without prior authorization.  Fed. R. App. P. 249(a)(3).  In this case, Plaintiff's application to

22  proceed in forma pauperis in the district-court action was granted on June 10, 2010.  (Doc. 4.)

23         Accordingly, IT IS HEREBY ORDERED that Plaintiff is authorized to proceed in forma

24  pauperis on appeal.

25

26         IT IS SO ORDERED.

27     **Dated:    March 23, 2012**                          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE
28